In the Matter of the Claim of OWEN MURNIN, Respondent, against EDWARD BERRY, Employer, and THE STATE INSURANCE FUND, Appellant.

WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted December 5, 1945; decided January 18, 1946.

*George J. Hayes* and *Bernard Katzen* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Emmeline E. Ferris* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.